IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas Michael Powley<br>            Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>            Movant<br>vs. | NO. 17-13459 MDC |
| Thomas Michael Powley<br>            Debtor(s) | |
| William C. Miller, Esq.<br>            Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) so as to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2016 TOYOTA TUNDRA having VIN#: 5TFDY5F17GX572417.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 21st day of September, 2017.

_____
United States Bankruptcy Judge

cc: See attached service list