United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Michael Powley  
    Debtor

Case No. 17-13459-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Sep 25, 2017  
                  Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2017.  
db          #+Thomas Michael Powley,    5 Solar Drive,    New Providence, PA 17560-9677

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: bankruptcy@phila.gov Sep 26 2017 01:37:35    City of Philadelphia,  
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
              Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2017 01:37:25  
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
              Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2017 01:37:34    U.S. Attorney Office,  
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                        TOTAL: 3

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2017 at the address(es) listed below:  
           JEROME B. BLANK    on behalf of Creditor    Fulton Bank, N.A. paeb@fedphe.com  
           MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation  
            bkgroup@kmllawgroup.com  
           MATTHEW C. SAMLEY    on behalf of Debtor Thomas Michael Powley MCS@TrustMattersMost.com,  
            paralegal@trustmattersmost.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                       TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Michael Powley <br> Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> Movant <br> vs. | NO. 17-13459 MDC |
| Thomas Michael Powley <br> Debtor(s) | |
| William C. Miller, Esq. <br> Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the papers filed in connection therewith, and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) so as to permit Movant, or its successor or assignee, to take possession of, and to sell, lease, and otherwise dispose of, in a commercially reasonable manner, the 2016 TOYOTA TUNDRA having VIN#: 5TFDY5F17GX572417. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 21st day of September, 2017.

_____
United States Bankruptcy Judge

cc: See attached service list