UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:   Thomas Michael Powley | CHAPTER 13 |
|---|---|
| Debtor(s) | CASE NO.: 17-13459-mdc |

### PRAECIPE TO CHANGE ADDRESS OF DEBTOR

TO THE CLERK:

Please change the address of Debtor, Thomas Michael Powley to:

Thomas Michael Powley
4199 Spruce Street Unit 2
Fort Wainwright, AK 99703

Respectfully submitted,

Date: 10/12/17

REESE, SAMLEY, WAGENSELLER,
MECUM & LONGER, P.C.

Matthew C. Samley, Esquire
120 North Shippen Street
Lancaster, PA  17602
(717) 393-0671
Attorney for Debtor(s)
I.D. No.:  65442