**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Thomas Michael Powley | CHAPTER 13 |
| Debtor(s) | CASE NO.: 17-13459-mdc |

**PRAECIPE TO CHANGE ADDRESS OF DEBTOR**

TO THE CLERK:

Please change the address of Debtor, Thomas Michael Powley to:

Thomas Michael Powley
15350 Top Drive
Saint Robert, MO 65584

Respectfully submitted,

REESE, SAMLEY, WAGENSELLER,
MECUM & LONGER, P.C.

Date:  July 10, 2018                 /s/ Matthew C. Samley, Esq.
                                     Matthew C. Samley, Esquire
                                     120 North Shippen Street
                                     Lancaster, PA  17602
                                     (717) 393-0671
                                     Attorney for Debtor(s)
                                     I.D. No.:  65442