# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 17-13459-MDC

THOMAS MICHAEL POWLEY

4199 SPRUCE STREET UNIT 2

FORT WAINWRIGHT, AK 99703-

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

THOMAS MICHAEL POWLEY

4199 SPRUCE STREET UNIT 2

FORT WAINWRIGHT, AK 99703-

Counsel for debtor(s), by electronic notice only.

MATTHEW C. SAMLEY
REESE,PUG,SAMLEY,WAGENSELLER P
120 NORTH SHIPPEN STREET
LANCASTER, PA 17602

                        /S/ William C. Miller

Date: 7/16/2018

                        _____

                        William C. Miller, Esquire
                        Chapter 13 Standing Trustee