## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Thomas Michael Powley**                                    Case No.  **17-13459**
                           Debtor(s)                                Chapter   **13**

# NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

PLEASE TAKE NOTICE that on  **July 19, 2018**, the above-captioned Chapter 13 case was converted to Chapter 7 pursuant to 11 U.S.C. §1307(a) and Federal Rule of Bankruptcy Procedure 1017(f)(3).

Date  **July 19, 2018**                              Signature  **/s/ Thomas Michael Powley**
                                                                **Thomas Michael Powley**
                                                                Debtor

Attorney  **/s/ Matthew C. Samley, Esq.**
          **Matthew C. Samley, Esq.**

**Reese, Samley, Wagenseller, Mecum & Longer, PC**
**120 North Shippen Street**
**Lancaster, PA 17602**
**717-393-0671**
**Fax: 717-393-2969**
**mcs@trustmattersmost.com**