**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    CHAPTER 7
THOMAS MICHAEL POWLEY

DEBTOR(S)

BANKRUPTCY NO.  17-13459MDC

NOTICE

AND NOW this 24TH day of JULY, 2018, Notice is HEREBY ENTERED vacating the appointment of Lynn E. Feldman, Esquire, as Trustee, dated JULY 24, 2018          .

                                                                     FREDERIC J. BAKER
                                                                     ASST. U.S. TRUSTEE