# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Thomas Michael Powley**  
Debtor(s)

Case No. **17-13459**  
Chapter **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

**The Creditor's former mailing address was:**

Name:  **Holly Renee Powley**

Address:  **16222 159th Lane E**  
**Yelm, WA 98597**

**Please be advised that effective July 26, 2018,**  
**The Creditor's new mailing address is:**

Name:  **Holly Renee Powley**

Address:  **107 West Great Plains Trail**  
**Harker Heights, TX 76548**

**/s/ Matthew C. Samley, Esq.**  
**Matthew C. Samley, Esq.**  
Authorized Signer/Title