United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13459-mdc
Thomas Michael Powley                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2            Date Rcvd: Jul 24, 2018
                              Form ID: 309A           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
```
db             +Thomas Michael Powley,    15350 Top Drive,    Saint Robert, MO 65584-3760
13994362        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
13919405       +Discover Bank,    502 E. Market Street,    Greenwood, DE 19950-9700
13919407       +Financial Plus CU,    G3381 Van Slyke Road,    Flint, MI 48507-3263
13919410        John Deere Financial,    PO BOX 6600,    Johnston, IA 50131-6600
13986929       +John Deere Financial, f.s.b.,    PO Box 6600,    Johnston, IA 50131-6600
13919412       +Realty Professional Group LLC,    101 South Lime Street,    Quarryville, PA 17566-1233
13957972       +Reese, Samley, Wagenseller, Mecum & Longer P.C.,    120 North Shippen Street,
                 Lancaster, PA 17602-2926
13927955       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: MCS@TrustMattersMost.com Jul 25 2018 02:16:26      MATTHEW C. SAMLEY,
                 Reese Samley Wagenseller Mecum & Longer,    120 North Shippen Street,    Lancaster, PA 17602
tr             +EDI: BCCSHUBERT.COM Jul 25 2018 06:13:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
                 Ocean City, NJ 08226-3622
smg             E-mail/Text: megan.harper@phila.gov Jul 25 2018 02:17:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2018 02:16:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2018 02:16:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 25 2018 02:16:51      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13919404       +EDI: CITICORP.COM Jul 25 2018 06:13:00      CITI,   PO Box 6241,    Sioux Falls, SD 57117-6241
13919411        EDI: CBSAAFES.COM Jul 25 2018 06:13:00      Military Star,    3911 S. Walton Walker Boulevard,
                 Dallas, TX 75236
13994095        EDI: CBSAAFES.COM Jul 25 2018 06:13:00      Army & Air Force Exchange Services,    Attention GC-G,
                 3911 S. Walton Walker Blvd.,    Dallas, TX 75236
13919406        EDI: DISCOVER.COM Jul 25 2018 06:13:00      Discover Financial Services LLC,    PO Box 15316,
                 Wilmington, DE 19850
13923711        EDI: DISCOVER.COM Jul 25 2018 06:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
13929030       +EDI: DISCOVERPL Jul 25 2018 06:13:00      Discover Personal Loans,    PO Box 30954,
                 Salt Lake City, UT 84130-0954
13919408       +E-mail/Text: bankruptcy@fult.com Jul 25 2018 02:17:13      Fulton Bank,    1695 E. State Street,
                 East Petersburg, PA 17520-1328
13954698       +E-mail/Text: bankruptcy@fult.com Jul 25 2018 02:17:13      Fulton Bank, N.A.,
                 Special Assets 5th Floor,    One Penn Square,    Lancaster, PA 17602-2853
13919413       +EDI: RMSC.COM Jul 25 2018 06:13:00      SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
13919414       +EDI: TFSR.COM Jul 25 2018 06:13:00      Toyota Motor Credit Company,
                 240 Gibraltar Road, Suite 260,    Horsham, PA 19044-2387
14040385        EDI: BL-TOYOTA.COM Jul 25 2018 06:13:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                                TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13919409       ##+Holly Renee Powley,    16222 159th Lane E,    Yelm, WA 98597-8105
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa                 Page 2 of 2              Date Rcvd: Jul 24, 2018
                              Form ID: 309A              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              JEROME B. BLANK   on behalf of Creditor   Fulton Bank, N.A. paeb@fedphe.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com, lfeldman@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MATTHEW C. SAMLEY   on behalf of Debtor Thomas Michael Powley MCS@TrustMattersMost.com,
               paralegal@trustmattersmost.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Thomas Michael Powley** | Social Security number or ITIN | xxx–xx–5588 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **5/16/17** |
| Case number: | **17–13459–mdc** | Date case converted to chapter **7** | **7/20/18** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Michael Powley | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 15350 Top Drive<br>Saint Robert, MO 65584 | | |
| 4. | **Debtor's attorney**<br>Name and address | MATTHEW C. SAMLEY<br>Reese Samley Wagenseller Mecum & Longer<br>120 North Shippen Street<br>Lancaster, PA 17602 | | Contact phone (717) 393–0671<br><br>Email: MCS@TrustMattersMost.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | | Contact phone (609) 938–4191<br><br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office −− 8:30 A.M. to 5:00 P.M Reading Office −− 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408−2800<br><br>Date: 7/24/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 5, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**28 E. Orange Street, Auditorium, 2nd Floor, Lancaster, PA 17602** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/4/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |