UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:   Thomas Michael Powley | CHAPTER 7 |
|---|---|
| Debtor(s) | CASE NO.: 17-13459-mdc |

**PRAECIPE TO CHANGE ADDRESS OF DEBTOR**

TO THE CLERK:

Please change the address of Debtor, Thomas Michael Powley to:

Thomas Michael Powley
122 Partridge Lane
North Haverhill, NH 03774

                Respectfully submitted,

                REESE, SAMLEY, WAGENSELLER,
                MECUM & LONGER, P.C.

Date:  August 2, 2018        /s/ Matthew C. Samley, Esq.
                Matthew C. Samley, Esquire
                120 North Shippen Street
                Lancaster, PA  17602
                (717) 393-0671
                Attorney for Debtor(s)
                I.D. No.:  65442