IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Thomas Michael Powley | CHAPTER 13 |
|---|---|
| Debtor(s) | CASE NO.: 17-13459-mdc |

## ORDER

AND NOW, this __30th__ day of __October__, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses of Matthew C. Samley, Esquire and Reese, Samley, Wagenseller, Mecum & Longer P.C., pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for compensation is approved in the amount of $4,000.00 and advanced costs in the amount of $310.

BY THE COURT:

Date: _____    _____
                                                                 Magdeline D. Coleman
                                                                 J.