United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Thomas Michael Powley  
     Debtor

Case No. 17-13459-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Oct 30, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.  
db         +Thomas Michael Powley,    122 Partridge Lane,    North Haverhill, NH 03774-5523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:  
      CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com  
      CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
      JEROME B. BLANK     on behalf of Creditor     Fulton Bank, N.A. paeb@fedphe.com  
      MATTEO SAMUEL WEINER     on behalf of Creditor     Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
      MATTHEW C. SAMLEY     on behalf of Debtor Thomas Michael Powley MCS@TrustMattersMost.com, paralegal@trustmattersmost.com  
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Thomas Michael Powley | CHAPTER 13 |
|---|---|
| Debtor(s) | CASE NO.: 17-13459-mdc |

ORDER

AND NOW, this __30th__ day of _____October_____, 2018, upon consideration of the Application for Compensation and Reimbursement of Expenses of Matthew C. Samley, Esquire and Reese, Samley, Wagenseller, Mecum & Longer P.C., pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for compensation is approved in the amount of $4,000.00 and advanced costs in the amount of $310.

BY THE COURT:

Date: _____    _____
                                                        J.