### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 7

Thomas Michael Powley : Case No. 17–13459–mdc
        Debtor(s)

### ORDER

_____

    AND NOW, this day , November 19, 2018 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court